[No. 35121-4-I.    Division One.    April 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY
ANTHONY PULLIAM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01869-4, Brian D. Gain, J., entered July
25, 1994. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Becker and Cox, J.

[No. 35228-8-I.    Division One.    April 8, 1996.]

GILBERT H. GEISER, *Respondent*, v. HOBART H.
MEADE, ET AL., *as Trustees, Appellants, and*
DAYBREAK INVESTMENTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 4856, Richard J. Thorpe, J. Pro Tem.,
entered November 10, 1994. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Kennedy, A.C.J., and
Webster, J.

[No. 35488-4-I.    Division One.    April 8, 1996.]

JOSE ZUNIGA, *Appellant*, v. PAY LESS DRUG STORES,
N.W., INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-09059-5, Larry A. Jordan, J., entered
September 30, 1994. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Webster and Agid, JJ. Now
published at 82 Wn. App. 12.

[No. 35520-1-I.    Division One.    April 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. M.W.B.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-02403-7, Eileen Kato, J. Pro Tem.,
entered October 31, 1994. *Reversed* by unpublished per
curiam opinion.